In the Matter of RALPH OYAGUE, Appellant, v SULLIVAN CORRECTIONAL FACILITY, Respondent.

Submitted October 20, 2014; decided November 24, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 902 (2014)].